**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULINE LEUNG,

                  Plaintiff,

      v.

STARBUCKS CORPORATION and
STARBUCKS COFFEE COMPANY,

                  Defendants.

No. 20-CV-7440 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On December 2, 2022, the Court referred this matter to the Court-annexed Mediation Program and ordered the parties to file a joint status letter within one week of mediation. A mediation conference was held on May 2, 2023. No letter has been filed to date. No later than June 13, 2023, the parties shall file a joint status letter advising the Court whether mediation was successful and, if not, proposing a briefing schedule for anticipated dispositive motions, if any.

SO ORDERED.

Dated:      June 6, 2023
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge